Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Proposed Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>CASA de CAPRI ENTERPRISES, LLC dba Capri at the Pointe Rehab,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:13-bk-14269-EPB<br><br>**DEBTOR'S EMERGENCY MOTION FOR ORDER EXPEDITING HEARING ON ACCELERATED NOTICE WITH RESPECT TO FIRST DAY MATTERS** |

CASA de CAPRI ENTERPRISES, LLC dba Capri at the Pointe Rehab, an Arizona limited liability company ("Debtor"), by and through undersigned counsel, requests, pursuant to Local Rule of Bankruptcy Procedure 9013-1(h), that this Court expedite the hearing on accelerated notice of the following First Day Motions:

1. Debtor's Emergency Motion for an Order Authorizing Debtor to Pay Prepetition Wages and Salaries and to Honor Prepetition Checks Issued to Employees;

2. Debtor's Emergency Motion for Interim and Final Orders: (A) Authorizing Post-Petition Financing on a Senior Secured Basis; and (B) Authorizing Use of Cash Collateral;

3. Debtor's Motion for an Order Allowing Debtor to (A) Maintain Existing Bank Accounts; (B) Continue Existing Cash Management System; and (C) Continue Using Existing Business Forms;

4. Consideration of scheduling a hearing on the Debtor's Motion for Authorization to Sell Property.

Such Motions relate to critical administrative and operational issues that must be resolved at the commencement of this case to facilitate the Debtor's transition to Debtor-in-Possession status, and alleviate certain consequences of filing that could undermine the Debtor's efforts to maximize potential recoveries for creditors. The Debtor requests that, if the Court's calendar will permit, that the Motions be heard and determined at the Court's *earliest* convenience. A payroll is scheduled for August 20, 2013, in the ordinary course of the Debtor's business, which requires prompt Court consideration.

Notice of the Debtor's intent to seek emergency consideration of such Motions has been given to the Office of the United States Trustee, Debtor's secured creditors, the attorney for the proposed DIP Lender, the attorney for the proposed Buyer, and list of creditors holding 20 largest unsecured claims.

Additionally, pursuant to Rule 4001-4, Local Rules of Bankruptcy Procedure, the Debtor has provided advance courtesy copies to the United States Trustee of all Motions. The initial draft was provided to the United States Trustee's Office on Thursday, August 8, 2013. Subsequent drafts have been provided during the week of August 12, 2013.

For the foregoing reasons, the Debtor respectfully requests the Court (i) expedite the hearing on the above-listed Motions; (ii) accelerate the notice requirements of Federal Rule of Bankruptcy Procedure 7004; and (iii) enter the "Order Expediting Hearing on Accelerated Notice" submitted herewith.

2

Case 2:13-bk-14269-EPB    Doc 8    Filed 08/19/13    Entered 08/19/13 12:13:38    Desc
Main Document    Page 2 of 3

DATED this 19th day of August, 2013.

                         MICHAEL W. CARMEL, LTD.

                  /s/Carmel, M.W. (007356)
                    Michael W. Carmel
                    80 East Columbus Avenue
                    Phoenix, Arizona 85012-2334
                    Proposed Attorney for Debtor

COPY of the foregoing mailed
this 19th day of August, 2013 to:

Elizabeth Amorosi, Esq.
Larry Watson, Esq.
Office of the U.S. Trustee
230 N. First Avenue
Phoenix, AZ 85003

By *Sharon D. Kirby*

3