Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Proposed Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| CASA de CAPRI ENTERPRISES, LLC dba Capri at the Pointe Rehab, | Case No. 2:13-bk-14269-EPB |
| Debtor. | **NOTICE OF LODGING FORM OF ORDER** |

NOTICE IS HEREBY GIVEN the Debtor has this date lodged a form of "Interim Order Approving Debtor's Emergency Motion for Interim and Final Orders: (A) Authorizing Use of Cash Collateral; (B) Granting Adequate Protection; (C) Authorizing Postpetition Financing on a Senior Secured Basis; (D) Granting Related Relief; and (E) Scheduling a Final Hearing," a copy of which is attached as **Exhibit A.**

DATED this 21st day of August, 2013.

                            MICHAEL W. CARMEL, LTD.

                        /s/Carmel, M.W.  (007356)
                            Michael W. Carmel
                            80 East Columbus Avenue
                            Phoenix, Arizona  85012-2334
                            Proposed Attorney for Debtor

| | |
|---|---|
| 1 | COPY of the foregoing sent via ECF |
| 2 | this 21st day of August, 2013 to: |
| 3 | Edward Bernatavicius, Esq. |
| | Office of the U.S. Trustee |
| 4 | 230 N. First Avenue |
| | Phoenix, AZ 85003 |
| 5 | |
| 6 | Tamalyn E. Lewis, Esq. |
| | Ridenour Hienton & Lewis, PLLC |
| 7 | 201 N. Central Ave., #3300 |
| | Phoenix, AZ 85004-1052 |
| 8 | |
| 9 | Christopher C. Simpson, Esq. |
| | Stinson Morrison Hecker, LLP |
| 10 | 1850 N. Central Ave., #2100 |
| | Phoenix, AZ 85004-4584 |
| 11 | By *Sharon D. Kirby* |

2