Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Proposed Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>CASA de CAPRI ENTERPRISES, LLC dba Capri at the Pointe Rehab,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:13-bk-14269-EPB<br><br>**NOTICE OF HEARING**<br><br>**(DEBTOR'S MOTION FOR ORDER APPROVING SALE OF DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES AND APPROVING SALE OF THE LEASEHOLD FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES)** |

On August 19, 2013, the Debtor filed a "Motion for an Order (A) Approving Sale of Debtor's Assets Free and Clear of Liens, Claims and Encumbrances; (B) Approving the Sale of the Leasehold Free and Clear of Liens, Claims and Encumbrances; (C) Approving Asset Purchase Agreement; and (D) Setting Date and Time for Hearing on Proposed Sale" at DE #11 ("Sale Motion").

NOTICE IS HEREBY GIVEN the Court has scheduled a hearing on the Sale Motion for **September 18, 2013 at 9:00 a.m.** in front of the Honorable Eddward P. Ballinger, Courtroom 701, 230 N. First Avenue, Phoenix, Arizona 85003. The Sale Motion proposes to close a

transaction and transfer the Debtor's facility, as well as the leasehold, as those terms are defined in an "Asset Purchase Agreement" which was attached to the Sale Motion as Exhibit A. The Debtor *will not* be selling certain "excluded assets," which include, but are not limited to, the Debtor's accounts receivable and cash and cash equivalents, including deposits of Debtor's funds with third-parties, and certain books and records.

The proposed purchase price is $100,000.00. The Sale Motion contains a proposed allocation of the $100,000.00, but the Debtor and Legacy have agreed, and the Court has so directed, that the issue of allocation of any sales proceeds will be reserved for resolution at a later time.

The sale is subject to higher and better bids. There is no break-up fee, nor has the Debtor requested the Court direct that bidding be in minimum increments.

Objections to the Sale Motion must be filed with the Clerk of the U.S. Bankruptcy Court, and a copy mailed to counsel for the Debtor, on or before **4:00 p.m. on September 16, 2013.**

DATED this 21st day of August, 2013.

                            MICHAEL W. CARMEL, LTD.

               /s/Carmel, M.W. (007356)
                 Michael W. Carmel
                 80 East Columbus Avenue
                 Phoenix, Arizona 85012-2334
                 Proposed Attorney for Debtor

COPY of the foregoing sent via ECF
this 21st day of August, 2013 to:

Edward Bernatavicius, Esq.
Office of the U.S. Trustee
230 N. First Avenue
Phoenix, AZ 85003

Tamalyn E. Lewis, Esq.
Ridenour Hienton & Lewis, PLLC
201 N. Central Ave., #3300
Phoenix, AZ 85004-1052

1 | Christopher C. Simpson, Esq.
  | Stinson Morrison Hecker, LLP
2 | 1850 N. Central Ave., #2100
  | Phoenix, AZ 85004-4584
3 |
4 | By  *Sharon D. Kirby*
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |