# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

*Hearing Information:*

| | |
|---|---|
| **Debtor:** | CASA DE CAPRI ENTERPRISES, LLC |
| **Case Number:** | 2:13-bk-14269-EPB  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 21, 2013 09:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | ANNETTE AGUILAR |

*Matters:*

1) EXPEDITED HEARING ON DEBTOR'S MOTION TO PAY PREPETITION WAGES AND SALARIES AND TO HONOR PREPETITION CHECKED ISSUED TO EMPLOYEES
   **R / M #:** 3 / 0

2) EXPEDITED HEARING ON DEBTOR'S MOTION FOR INTERIM & FINAL ORDERS AUTHORIZING POST PETITION FINANCING ON A SENIOR SECURED BASIS, AUTHORIZING USE OF CASH COLLATERAL, GRANTING ADEQUATE PROTECTION, GRANTING RELATED RELIEF & SETTING OF FINAL HEARING
   **R / M #:** 4 / 0

3) EXPEDITED HEARING ON DEBTOR'S MOTION ALLOWING DEBTOR TO MAINTAIN EXISTING BANK ACCOUNTS, TO CONTINUE USING EXISTING CASH MANAGEMENT SYSTEM & EXISTING BUSINESS FORMS
   **R / M #:** 5 / 0

4) EXPEDITED HEARING ON MOTION FOR APPOINTMENT OF PATIENT OMSBUDSMAN FILED BY U.S. TRUSTEE (MATTER HEARD W/OUT NOTICE)
   **R / M #:** 0 / 0

*Appearances:*

MICHAEL W. CARMEL, ATTORNEY FOR CASA DE CAPRI ENTERPRISES, LLC
TAMALYN LEWIS, ATTY FAY ENTERPRISES
CHRISTOPHER SIMPSON, ATTY STALKING HORSE BIDDER
ED BERNATAVICIUS, ATTY UST

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)... 2:13-bk-14269-EPB    WEDNESDAY, AUGUST 21, 2013 09:00 AM

## Proceedings:

ITEM # 1

Mr. Carmel reviews the details of the wage motion. He mentions the sale, which the court states he was unaware of a sale. Counsel reports the various salaries and pay periods and notes that payroll was due yesterday. There have been no objections filed and there are no payments to any insiders. Mr. Bernatavicius would like a list of employees with the details of their salaried, which he will provide. He would like to cut the payroll checks today.

Mr. Bernatavicius concurs with counsels remarks.

COURT:  IT IS ORDERED granting the motion on an interim basis and on the condition that counsel provides Mr. Bernatavicius with the list he requested. Any objections to the order are to to be filed within 20 days. Mr. Carmel is directed to lodge an order.

ITEM # 4

Mr. Carmel reviews the motion to appoint an ombudsman and states this is a new requirement under §333. This is a nursing home facility and the court is required to appoint an ombudsman unless the court determines it is not necessary. Mr. Carmel discusses the issues with the court.

Mr. Bernatavicius advises the court that this is an assisted care living facility and the state will step in and provide the ombudsman for free if it fits within the guide lines. The court discusses the matter with counsel.

COURT:  IT IS ORDERED granting the motion to appoint the patient ombudsman. Counsel may lodge an order.

ITEM # 3

Mr. Carmel addresses the motion to maintain the existing bank accounts and to use the existing cash management system. He advises the court that monies are being deposited into several accounts from several agencies and insurance companies. He comments on the concerns of the U.S. Trustee, but will work with Mr. Bernatavicius to make sure there are the proper safeguards in place.

Mr. Bernatavicius reviews his concerns and suggests the parties maintain the status quo for now and he will work with Mr. Carmel for a solution.

COURT:  IT IS ORDERED granting the motion on an interim basis and setting a further hearing for 9/3/13 @ 10:00 a.m.

ITEM #2

Mr. Carmel reviews the DIP financing motion. Ms. Lewis joins the discussion with the court.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:13-bk-14269-EPB          WEDNESDAY, AUGUST 21, 2013 09:00 AM

COURT: IT IS ORDERED granting the DIP financing. Counsel may lodge an order.

Mr. Carmel would like to schedule a final hearing on the DIP financing.

COURT: IT IS ORDERED setting a hearing on both issues for 9/3/13 @ 10:00 a.m.

Ms. Lewis will be wiring the payroll funds to the Wells Fargo account. She believes the hearing set on 9/3/13 should be moved up and things a final hearing on cash collateral also needs to be scheduled.

Mr. Bernatavicius explains why he prefers the 9/3/13 hearing date.

Mr. Carmel seeks a hearing on the sale motion within 30 days and explains his position to the court.

Mr. Bernatavicius weighs in on the sale motion.

Mr. Simpson provides the court with a little background on his client and responds to some of the concerns of Mr. Bernatavicius.

Mr. Bernatavicius clarifies issues and Ms. Lewis joins in the discussion with regard to who owns what in the case.

Mr. Carmel discusses the scheduling of the sale motion with the court.

COURT: IT IS ORDERED setting the hearing on the sale motion for 9/18/13 @ 9:00 a.m.
        IT IS FURTHER ORDERED shortening the objection time to 9/16/13.