Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com
Proposed Attorney for Debtor

SO ORDERED.

Dated: August 22, 2013

**Eddward P. Ballinger Jr., Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CASA de CAPRI ENTERPRISES, LLC<br>dba Capri at the Pointe Rehab,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:13-14269-EPB<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER ALLOWING DEBTOR TO (A) MAINTAIN EXISTING BANK ACCOUNTS; (B) CONTINUE USING EXISTING CASH MANAGEMENT SYSTEM; AND (C) CONTINUING USING EXISTING BUSINESS FORMS** |

The Court, having reviewed the Debtor's "Motion for an Order Allowing Debtor to (A) Maintain Existing Bank Accounts; (B) Continue Using Existing Cash Management System; and (C) Continue Using Existing Business Forms" ("Bank Account Motion"), having considered the arguments of counsel at the hearing on August 21, 2013 at 9:00 a.m., and good cause appearing,

IT IS HEREBY ORDERED granting the Bank Account Motion on an interim basis.

IT IS FURTHER ORDERED this Order is on an interim basis, and is without prejudice to parties making further arguments whether the Bank Account Motion should be granted on a final basis.

IT IS FURTHER ORDERED scheduling a continued hearing on this matter on **September 3, 2013 at 10:00 a.m.**

DATED AND SIGNED ABOVE.