# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | CASA DE CAPRI ENTERPRISES, LLC |
| **Case Number:** | 2:13-BK-14269-EPB    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 18, 2013 09:00 AM    7TH FLOOR #703 |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | ANNETTE AGUILAR |
| **Audio File Name:** | PHL01246158.MP3 |
| **Audio File Size:** | 312 KB |
| **Audio File Length:** | 00:00:40 |
| | Additional Audio Files Attached. |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

## *Matters:*

1) DEBTOR'S MOTION FOR ORDER (A) APPROVING SALE OF DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES; (B) APPROVING THE SALE OF THE LEASEHOLD FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES; (C) APPROVING ASSET PURCHASE AGREEMEENT; AND (D) SETTING DATE AND TIME FOR HEARING ON PROPOSED SALE
   **R / M #:** 11 / 0

2) ADM: 2:13-bk-14269-EPB
   CONTINUED HEARING ON DEBTOR'S MOTION FOR INTERIM & FINAL ORDERS AUTHORIZING POST PETITION FINANCING ON A SENIOR SECURED BASIS, AUTHORIZING USE OF CASH COLLATERAL, GRANTING ADEQUATE PROTECTION, GRANTING RELATED RELIEF & SETTING OF FINAL HEARING
   **R / M #:** 4 / 0

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

Case 2:13-bk-14269-EPB    Doc 93    Filed 09/18/13    Entered 09/19/13 11:00:07    Desc
Main document    Page 2 of 2